O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN A. FAURE,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. ED CV 13-00884 RZ<br><br>JUDGMENT |

   In accordance with the Memorandum Opinion and Order filed concurrently herewith,

   IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

   DATED: April 1, 2014

               _____
               RALPH ZAREFSKY
               UNITED STATES MAGISTRATE JUDGE